denying defendants' motion for judgment on the pleadings reversed and judgment for defendants granted, with costs and disbursements in all the courts. Order to be settled on notice.

Elizabeth D. Pratt, as Administratrix, etc., of Henry A. Pratt, Deceased, Respondent, v. Alfred E. Norton Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

John Quinn, Respondent, v. Francis P. Rawle, Impleaded with Donald C. Catlin, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Application of William R. Willcox and Others, Constituting the Public Service Commission, First District, State of New York, etc., to Acquire Lands, etc., to Certain Premises Situated at or near the Southeasterly Corner of Walker and Centre Streets, in the Borough of Manhattan, City of New York. Moe Levy and Others, Composing the Firm of Moe Levy & Company, Appellants; The City of New York and Others, Respondents.— Appeal dismissed, with ten dollars costs and disbursements, on the authority of *Matter of City of New York* (*Valley Stream, etc.*) (152 App. Div. 422), and *Matter of City of New York* (*Hamilton Place*) (143 id. 302).

The People of the State of New York, Respondent, v. Thomas O'Brien, alias William Campbell, and Others, Appellants.— Judgment and order affirmed. No opinion.

Mary E. Leahy, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Mary Gorman, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Herman Schroeder, Respondent, v. Central Railroad Company of New Jersey, Appellant.— Judgment and order affirmed, with costs. No opinion.

Rudolph Heiser, Respondent, v. Cincinnati Abattoir Company, Appellant.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissented.)

In the Matter of Proving the Last Will and Testament of Nina M. Stedman, Deceased. Emma M. Raymond, Appellant; Alfred H. Cumbers, Respondent.— Decree and order affirmed, with costs. No opinion.

Julia Johnson, as Administratrix, etc., of Peter Johnson, Deceased, Respondent, v. Post & McCord, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion.

Frank Graham and Edith Graham, Trading under the Name of Graham & Randall, Respondents, v. Phil Sheridan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Elizabeth Pritchett, Respondent, v. Solomon Richman, Appellant. — Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Sarah Ladin, Appellant.— Judgment affirmed. No opinion.

The Gutta Percha and Rubber Manufacturing Company, Respondent, v. Charles J. Holman, as Treasurer of the National Board of Fire Underwriters, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on